**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 11-7249

UNITED STATES OF AMERICA,

              Plaintiff - Appellee,

       v.

NORBERTO QUINONES, a/k/a Jose Rosado, a/k/a J,

              Defendant - Appellant.

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Roger W. Titus, District Judge.  (8:04-
cr-00234-RWT-3)

Submitted:  February 9, 2012        Decided:  February 14, 2012

Before KING and GREGORY, Circuit Judges, and HAMILTON, Senior
Circuit Judge.

Affirmed by unpublished per curiam opinion.

Norberto Quinones, Appellant Pro Se.  Deborah A. Johnston,
Assistant United States Attorney, Greenbelt, Maryland, for
Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Norberto Quinones appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2006) motion for reduction in sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Quinones, No. 8:04-cr-00234-RWT-3 (D. Md. Aug. 1, 2011). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED